**780**

*tor General Fahy* for respondent.

No. 328. IRWIN *v.* LAWRENCE, WARDEN. October 25, 1943. Petition for writ of certiorari to the Supreme Court of Georgia denied. *Mr. Samuel A. Miller* for petitioner.

No. 335. LLOYD *v.* UNITED STATES FIDELITY & GUARANTY CO. October 25, 1943. Petition for writ of certiorari to the Municipal Court of Appeals for the District of Columbia denied. *Wildon Lloyd, pro se.*

No. 376. WIDMER *v.* JOHNSTON, WARDEN. October 25, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *James Widmer, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Oscar A. Provost* for respondent.

No. 302. ANDREWS *v.* GEORGIA. October 25, 1943. Petition for writ of certiorari to the Supreme Court of Georgia denied. MR. JUSTICE MURPHY is of the opinion that certiorari should be granted. *Mr. John J. McCreary* for petitioner. *Mr. T. Grady Head,* Attorney General of Georgia, for respondent.

No. 412. KRAMER *v.* OHIO. See *ante,* p. 711.

No. 387. PRUDENTIAL INSURANCE CO. ET AL. *v.* CRITES, INCORPORATED. November 8, 1943. Petition for writ of